AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilson, Jr., William R | U. S. District Court | 07/07/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final | 01/01/2005<br>to<br>12/31/2005 |
| | 5b. ☒ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 600 West Capitol, Room 423<br>Little Rock, AR 72201 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer | Federal Judges Association |
| 2. Board Member | New Judicial College |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE
2006 JUL 11 A 11: 14
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 07/07/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Self-Employed, Lawyer |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Loyola Law School Annual Banquet | April 7 - 8, 2005, New Orleans, LA (mileage, tips, meals, hotel) |
| 2. | Wild Wings | September 22 - 26, 2005, Gregory, SD (transportation) |
| 3. | Wild Wings | November 30 - December 5, Gregory SD (transportation) |
| 4. | University of South Carolina School of Law | October 21 - 23, 2005, Columbia, SC (transportation, meals, hotel) |
| 5. | Sully Flats | November 9 - 14, 2005 Gregory, SD (transportation) |
| 6. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 07/07/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. MBNA | Credit Card | J |
| 2. Chart Bank | Line of Credit | L |
| 3. One Banc | Firm Line of Credit | M |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 07/07/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RETIREMENT: | | | | | | | | | |
| 2. Cabela's | | None | | | Sold | 1/4 | J | | Stephens, Inc. |
| 3. Hotchkis & Wiley All Cap Value | | None | K | T | Buy | 1/7 | K | | Stephens, Inc. |
| 4. MONEY MARKET FUND: | | | | | | | | | |
| 5. --- Alliance Small Cap Growth | B | Dividend | L | T | | | | | Stephens, Inc. |
| 6. --- Equity 500 Index | A | Dividend | K | T | | | | | Stephens, Inc. |
| 7. --- Lazard Small Cap Value | B | Dividend | K | T | | | | | Stephens, Inc. |
| 8. --- Marisco Focus | B | Dividend | K | T | | | | | Stephens, Inc. |
| 9. --- Mercury Basic Value Equity | A | Dividend | K | T | | | | | Stephens, Inc. |
| 10. --- Small Company Index | B | Dividend | K | T | | | | | Stephens, Inc. |
| 11. --- Van Kampen Emerg Mkt Equity | | None | K | T | Buy | 3/31 | K | | Stephens, Inc. |
| 12. INVESTMENT ACCT: | | | | | | | | | |
| 13. Money Market Fund - automated cash management | A | Dividend | J | T | | | | | Stephens, Inc. |
| 14. GE Electric | A | Dividend | J | T | | | | | Stephens, Inc. |
| 15. BAC Capital Trust | A | Dividend | J | T | | | | | Stephens, Inc. |
| 16. J P Morgan Chase | A | Dividend | J | T | | | | | Stephens, Inc. |
| 17. Tennessee Valley Authority | A | Dividend | K | T | | | | | Stephens, Inc. |

1. Income Gain Codes: (See Columns B1 and D4)   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes: (See Column C2)   P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
Q =Appraisal   V =Other   S =Assessment
U =Book Value   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 07/07/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Tennessee Valley Authority | | None | K | T | Buy | 11/28 | K | | Stephens, Inc. |
| 19. RETIREMENT: | | | | | | | | | |
| 20. Money Market Fund-automated cash management | A | Dividend | J | T | | | | | |
| 21. Alltel | | None | J | T | Buy | 4/04 | J | | Stephens, Inc. |
| 22. Altria Group | C | Dividend | | | Sold | 8/23 | K | | Stephens, Inc. |
| 23. Anheuser-Busch | A | Dividend | J | T | | | | | Stephens, Inc. |
| 24. Archer-Daniels-Midland | A | Dividend | J | T | | | | | Stephens, Inc. |
| 25. Diageo PLC | A | Dividend | J | T | | | | | Stephens, Inc. |
| 26. General Electric | A | Dividend | J | T | | | | | Stephens, Inc. |
| 27. Intel Corporation | A | Dividend | J | T | | | | | Stephens, Inc. |
| 28. Mirco Technology, Inc. | A | Dividend | J | T | | | | | Stephens, Inc. |
| 29. Murphy Oil Corp | | None | J | T | Buy | 04/19 | J | | Stephens, Inc. |
| 30. Tyson Foods | A | Dividend | J | T | | | | | Stephens, Inc. |
| 31. Washington Mutual, Inc. | A | Dividend | J | T | | | | | Stephens, Inc. |
| 32. Power One | A | Dividend | J | T | Buy | 5/4 | J | | Stephens, Inc |
| 33. TA Idex Allocation Fund | A | Dividend | K | T | | | | | Stephens, Inc. |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 07/07/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 07/07/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date____7/7/06_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilson, Jr., William R | U. S. District Court | 05/11/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge | ☐ Nomination,  Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 600 West Capitol, Room 423<br>Little Rock, AR 72201 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer | Federal Judges Association |
| 2. Board Member | New Judicial College |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE 2006 MAY 12 A 11: 55 RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 05/11/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Self-Employed, Lawyer |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Loyola Law School Annual Banquet | April 7 - 8, 2005, New Orleans, LA (mileage, tips, meals, hotel) |
| 2. Wild Wings | September 22 - 26, 2005, Gregory, SD (transportation) |
| 3. Eighth Circuit Judicial Conference | October 16 - 20, Colorado Springs, CO (transportation, tips, mieals, hotel) |
| 4. University of South Carolina School of Law | October 21 - 23, 2005, Columbia, SC (transportation, meals, hotel) |
| 5. Sully Flats | November 9 - 14, 2005 Gregory, SD (transportation) |
| 6. Wild Wings | November 30 - December 5, Gregory SD (transportation) |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 05/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. MBNA | Credit Card | J |
| 2. Chart Bank | Line of Credit | L |
| 3. One Banc | Firm Line of Credit | M |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RETIREMENT: | | | | | | | | | |
| 2. Cabela's | | None | | | Sold | 1/4 | J | | Stephens, Inc. |
| 3. Hotchkis & Wiley All Cap Value | | None | | | Buy | 1/7 | K | | Stephens, Inc. |
| 4. MONEY MARKET FUND: | | | | | | | | | |
| 5. --- Alliance Small Cap Growth | B | Dividend | L | T | | | | | Stephens, Inc. |
| 6. --- Equity 500 Index | A | Dividend | K | T | | | | | Stephens, Inc. |
| 7. --- Lazard Small Cap Value | B | Dividend | K | T | | | | | Stephens, Inc. |
| 8. --- Marisco Focus | B | Dividend | K | T | | | | | Stephens, Inc. |
| 9. --- Mercury Basic Value Equity | A | Dividend | K | T | | | | | Stephens, Inc. |
| 10. --- Small Company Index | B | Dividend | K | T | | | | | Stephens, Inc. |
| 11. --- Van Kampen Emerg Mkt Equity | | None | | | Buy | 3/31 | K | | Stephens, Inc. |
| 12. INVESTMENT ACCT: | | | | | | | | | |
| 13. Money Market Fund - automated cash management | A | Dividend | J | T | | | | | Stephens, Inc. |
| 14. GE Electric | A | Dividend | J | T | | | | | Stephens, Inc. |
| 15. BAC Capital Trust | A | Dividend | J | T | | | | | Stephens, Inc. |
| 16. J P Morgan Chase | A | Dividend | J | T | | | | | Stephens, Inc. |
| 17. Tennessee Valley Authority | A | Dividend | K | T | | | | | Stephens, Inc. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | None | K | T | Buy | 11/28 | K | | Stephens, Inc. |
| 19. RETIREMENT: | | | | | | | | | |
| 20. Money Market Fund-automated cash management | A | Dividend | J | T | | | | | Stephens, Inc. |
| 21. Alltel | | None | J | T | Buy | 4/04 | J | | Stephens, Inc. |
| 22. Altria Group | C | Dividend | | | Sold | 8/23 | K | | Stephens, Inc. |
| 23. Anheuser-Busch | A | Dividend | J | T | | | | | Stephens, Inc. |
| 24. Archer-Daniels-Midland | A | Dividend | J | T | | | | | Stephens, Inc. |
| 25. Diageo PLC | A | Dividend | J | T | | | | | Stephens, Inc. |
| 26. General Electric | A | Dividend | J | T | | | | | Stephens, Inc. |
| 27. Intel Corporation | A | Dividend | J | T | | | | | Stephens, Inc. |
| 28. Mirco Technology, Inc. | A | Dividend | J | T | | | | | Stephens, Inc. |
| 29. Murphy Oil Corp | | None | J | | Buy | 04/19 | J | | Stephens, Inc. |
| 30. Tyson Foods | A | Dividend | J | T | | | | | Stephens, Inc. |
| 31. Washington Mutual, Inc. | A | Dividend | J | T | | | | | Stephens, Inc. |
| 32. Power One | | | J | T | Buy | 5/4 | J | | Stephens, Inc |
| 33. TA Idex Allocation Fund | A | Dividend | K | T | | | | | Stephens, Inc. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 05/11/2006 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Jr., William R | 05/11/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date___5/11/06___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544